# EXHIBIT B

https://www.instagram.com/graze_anatomy_/ (May 7, 2023)



https://www.instagram.com/graze_anatomy_/ (August 26, 2023)



https://www.facebook.com/grazeanatomyandassociates (September 3, 2023)



https://www.tiktok.com/@grazeanatomyandassociate (April 7, 2023)



https://www.facebook.com/grazeanatomyandassociates (March 28, 2023)



https://www.facebook.com/grazeanatomyandassociates (February 19, 2023)

