AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Eli Lilly and Company <br><br> *Plaintiff(s)* <br> v. <br> Laura G. Graze, Jennifer L. Seegott, and Laura Graze DNP LLC, collectively d/b/a/ Graze Anatomy & Associates <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-14291-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Laura G. Graze
600 NE Bayberry Ln
Jensen Beach, FL 34957

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Bar No. 0980633
King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
(305) 462-6028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 19, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Eli Lilly and Company <br><br> *Plaintiff(s)* <br> v. <br> Laura G. Graze, Jennifer L. Seegott, and Laura Graze DNP LLC, collectively d/b/a/ Graze Anatomy & Associates <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-14291-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jennifer L. Seegott
615 SW Saint Lucie Crescent, #101
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Bar No. 0980633
King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
(305) 462-6028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 19, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Eli Lilly and Company<br><br>*Plaintiff(s)*<br>v.<br>Laura G. Graze, Jennifer L. Seegott, and Laura Graze DNP LLC, collectively d/b/a/ Graze Anatomy & Associates<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-14291-AMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Laura Graze, DNP, LLC
by and through its registered agent, Dr. Laura G. Graze
600 NE Bayberry Ln
Jensen Beach, FL 34957

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Bar No. 0980633
King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
(305) 462-6028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 19, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts