**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:  2:23-CV-14291-AMC**

ELI LILLY AND COMPANY,

        Plaintiff,

   v.

LAURA G. GRAZE, JENNIFER L.
SEEGOTT, AND LAURA GRAZE DNP
LLC, COLLECTIVELY D/B/A GRAZE
ANATOMY & ASSOCIATES,

        Defendants.

**PLAINTIFF ELI LILLY AND COMPANY'S DISCLOSURE STATEMENT PURSUANT**
**TO RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE**

Eli Lilly and Company, by and through undersigned counsel, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Eli Lilly and Company is a publicly traded corporation headquartered in Indianapolis, Indiana. Eli Lilly and Company has no corporate parent and no publicly held company or investment fund owns 10% or more of the company's common stock.

DATED: September 19, 2023

By:  _/s/ Brian P. Miller_
     Brian P. Miller
     Florida Bar No. 0980633
     King & Spalding LLP
     Southeast Financial Center
     200 S Biscayne Boulevard, Suite 4700
     Miami, FL 33131
     Telephone: (305) 462-6000
     Facsimile: (305) 462-6100
     bmiller@kslaw.com

     *Attorneys for Plaintiff*
     *Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following on the 19th day of September 2023 to the following:

Dr. Laura G. Graze
615 SW Saint Lucie Crescent, #101
Stuart, FL 34994

Jennifer L. Seegott
615 SW Saint Lucie Crescent, #101
Stuart, FL 34994

Laura Graze, DNP, LLC
by and through its registered agent, Dr. Laura G. Graze
600 NE Bayberry Ln
Jensen Beach, FL 34957

*/s/ Brian P. Miller*
Brian P. Miller